Alty Adamson 11A5221
Green Haven Corr. Fac.
594 Rte 216 / Box 4000
Stormville, New York 12582

February 6, 2025

Hon. Brenna B. Mahoney
Clerk of the Court
Eastern District Court of N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

Transcript Request Letter

Re: Adamson v. Miller, et al.
10-CV-2300 (OEM)(LB).

Dear Hon. Mahoney,

I have been making several attempts at obtaining my June 20-21, 2024, Trial Transcripts. The trial was in Judge Merchant's Court Room. Barrington Pinto (private investigator), said the name of the stenographer was (Linda Moreno). Can you please forward my above contact information to her.

I am trying to file my appeal for the past 7 months. Any help in the matter will be appreciated

Respectfully
Alty Adamson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------x

Alty Adamson,

        Petitioner,

-against-

David Miller, etal,

        Respondent.

---------------------------------------x

**CERTIFICATE OF SERVICE**

Docket No. 10-CV-2300(OEM)(LB)

I, Alty Adamson, hereby certify under penalty of perjury that the foregoing is true and correct:

I am over eighteen years of age and reside at Green Haven Correctional Facility, P.O. Box 4000, Stormville, New York.

On 2/6, 2025 I served the within Transcript Request Letter of Assistance

by depositing true copies thereof enclosed in a postpaid wrapper in an official depository under the exclusive control of the U.S. Postal Services within the State of New York and addressed as follows:

Honorable
Brenna B. Mahoney - Clerk of the Court
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, New York 11201
(Address)

Dated: February 6, 2025
Stormville, New York

(Signature)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Alty Adamson

v.

David Miller, et al

**CERTIFICATE OF SERVICE***

Docket Number: 24-1995

I, **Alty Adamson**, hereby certify under penalty of perjury that
(print name)

on _____, I served a copy of *Transcript Status*
(date)
*update letter, Courtesy copy letter to E.D.N.Y. Court*
(list all documents)

by (select all applicable)**

___ Personal Delivery     ✓ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Hon: Clerk of the Court Catherine O'Hagan Wolfe | Second Circuit Court of Appeals 40 Foley Square | New York | New York | 10007 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

February 6, 2025
Today's Date

*[Signature]*
Signature

Certificate of Service Form (Last Revised 12/2015)

Atty Adamson 11A5221
GREEN HAVEN CORRECTIONAL FACILITY
594 ROUTE 216
STORMVILLE, NY 12582

Legal Mail

Honorable Catherine O'Hagan Wolfe
Clerk of the Court
Second Circuit Court of Appeals
Thurgood Marshall Court House
40 Foley Square
New York, New York 10007